Bertram L. Potter, SBN: 29586
Eliot R. Samulon; SBN: 67401
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone (626) 795-0681
Facsimile (626) 795-0725

Attorney for plaintiff JEAN A. BELANGER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JEAN A. BELANGER, | No. CV 05-4247 SGL |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation For Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that counsel for plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND TWENTY-THREE DOLLARS and no/100's ($3,023.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: _July 5, 2006

/s/ Stephen G. Larson
UNITED STATES DISTRICT JUDGE

-1-